**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1629**

PAMELA SUE BOND,

             Plaintiff - Appellant,

      v.

SOCIAL SECURITY ADMINISTRATION,

             Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Jackson L. Kiser, Senior
District Judge.  (4:13-cv-00046-JLK-JCH)

Submitted:  November 20, 2014      Decided:  November 24, 2014

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Pamela Sue Bond, Appellant Pro Se.  Maija DiDomenico, Assistant
Regional  Counsel,  David  Lance  Leach,  SOCIAL  SECURITY
ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Sue Bond appeals the district court's order dismissing the civil action Bond brought regarding her ongoing attempts to obtain Social Security disability benefits. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended dismissing the case for lack of subject matter jurisdiction and advised Bond that failure to file timely objections to this recommendation could waive appellate review of a district court order based on the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Bond has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court. We deny the pending motion for clarification of the Early Retirement Benefit previously awarded to Bond.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

2

before this court and argument would not aid the decisional process.

AFFIRMED